**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**TEXARKANA DIVISION**

| | | |
|---|---|---|
| **RYAN SCOTT COE** | § | |
| | § | |
| **V.** | § | **Civil Action No. 5:26CV2-RWS-JBB** |
| | § | |
| | § | |
| **DANIEL D. WAITE** | § | |

## <u>ORDER SETTING HEARING</u>

The above-referenced cause of action was referred to the undersigned for pretrial purposes in accordance with 28 U.S.C. § 636. Before the Court is Plaintiff's Motion for Default Judgment. Dkt. No. 16. The Court hereby schedules a hearing on Plaintiff's motion for July 7, 2026. Accordingly, it is

**ORDERED** that Plaintiff's Motion for Default Judgment (Dkt. No. 16) is scheduled for hearing before the undersigned at **10:00 a.m.** on **July 7, 2026** at the United States District Court, 500 N. Stateline, Fourth Floor Courtroom, Texarkana, Texas. It is further

**ORDERED** that the Clerk of the Court shall (1) mail via certified mail, return receipt requested, a copy of this Order Setting Hearing to Defendant Daniel D. Waite at 12246 NE 120th Road, Red Oak, OK 74563 (*see* Dkt. No. 2), and (2) email a copy of this Order Setting Hearing to Defendant Daniel D. Waite at "Daniel@AltCapital.org" and "daniel@healrhealth.net." *See* Dkt. No. 12.

SIGNED this the 17th day of June, 2026.

_____
J. Boone Baxter
UNITED STATES MAGISTRATE JUDGE