**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TEXARKANA DIVISION**

| | | |
|---|---|---|
| RYAN SCOTT COE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 5:26-CV-0002-RWS |
| | § | |
| DANIEL D. WAITE, | § | |
| | § | |
| Defendant. | § | |

**ORDER**

On January 8, 2026, Plaintiff Ryan Coe, proceeding *pro se*, filed this diversity action against Defendant Daniel D. Waite for alleged violations of 18 U.S.C. §§ 666, 1343, 1344, and 1951 and the Uniform Commercial Code ("UCC"). Docket No. 1. The case was referred to United States Magistrate Judge J. Boone Baxter pursuant to 28 U.S.C. § 636. Defendant never appeared in the case or responded to service, and Plaintiff filed a motion for default judgment. Docket No. 16.

On July 7, 2026, following a hearing on Plaintiff's motion, the magistrate judge issued a report and recommendation, recommending Plaintiff's Motion for Default Judgment (Docket No. 16) be denied without prejudice to refiling following an opportunity to amend the complaint consistent with the report and recommendation. *See* Docket No. 19. Plaintiff was informed of the right to file objections to the report and recommendation. Plaintiff stated he would not do so (*Id.* at p. 7), and no objections have been filed to date.

The Court has received and considered the report and recommendation of the United States magistrate judge. After review, the Court concludes that the findings of fact and conclusions of law of the magistrate judge are correct. Accordingly, the report and recommendation (Docket No. 19) is **ADOPTED** as the findings and conclusions of this Court. It is

**ORDERED** that Plaintiff's Motion for Default Judgment (Docket No. 16) is **DENIED WITHOUT PREJUDICE** to refiling consistent with the report and recommendation.

Plaintiff shall have twenty (20) days from the date of this Order to file an amended complaint stating a plausible claim for relief and adding the factual detail identified in the report and recommendation. Should Plaintiff elect not to timely file an amended complaint, he should file a Rule 41(a)(1)(A)(i) notice of voluntary dismissal.

**So ORDERED and SIGNED this 31st day of August, 2026.**

Robert W Schroeder III

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE